**\*\* E-filed August 10, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRAIG YATES,<br><br>  Plaintiff,<br><br>  v.<br><br>EL POLLERO LLC; ET AL.,<br><br>  Defendants.<br>_____/ | No. C10-04753 HRL<br><br>**ORDER TO SHOW CAUSE RE:<br>FAILURE TO PROSECUTE** |

On July 25, 2012, due to the long period of inactivity in this matter, the court issued an Order directing the parties to submit a joint status report, no later than August 8, 2012. No such statement has been filed. Accordingly, plaintiff is now ORDERED to appear on **September 11, 2012 at 10:00 a.m.** in Courtroom 2, Fifth Floor, United States District Court, 280 S. First Street, San Jose, California, 95113 to show cause why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 10, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C10-04753 HRL Notice will be electronically mailed to:**

2  Thomas Frankovich        tfrankovich@disabilitieslaw.com
   Matthew Aulenta          matt.aulenta@grunskylaw.com

3

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**